95-cv-4549

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
JOSEPHINE LOEFFLER, as Administratrix
of the Estate of ROBERT A. LOEFFLER,
JOSEPHINE LOEFFLER, individually,
ROBERT C. LOEFFLER and KRISTY LOEFFLER,

                    Plaintiffs,

    -against-

STATEN ISLAND UNIVERSITY HOSPITAL,

                    Defendant.
----------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
MAY 25 2005
P.M.

The parties further hereby agree and stipulate that the claims for injunctive relief made on behalf of ROBERT A. LOEFFLER, and now by his Administratrix, do not survive his death and are hereby withdrawn. The claims for injunctive relief of the other plaintiffs remain.

DATED:  New York, New York
       April 15, 2005

Garfunkel, Wild & Travis, P.C.      LAW OFFICES OF ALAN J. RICH
Attorneys for Defendant              Attorneys for Plaintiffs
STATEN ISLAND UNIV. HOSPITAL       250 West 57th Street
111 Great Neck Road                    Suite 1619
Great Neck, New York 11021        New York, New York 10107
tel. (516) 393-2260                    tel (212) 921-2244

by: _____        by: _____
   Roy W. Breitenbach (RB2680)          Alan J. Rich (AR4701)

So Ordered:
s/SJ      5/19/05
_____
U.S.D.J.

-2-

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ROBERT A. LOEFFLER, JOSEPHINE LOEFFLER,
ROBERT C. LOEFFLER and KRISTY LOEFFLER,
                                              STIPULATION
                    Plaintiffs,
                                              95 CV 4549 (SJ)
        -against-
                                              Hon. Sterling
STATEN ISLAND UNIVERSITY HOSPITAL,            Johnson, Jr.

                    Defendant.
----------------------------------------X
```

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys of record for plaintiffs, the Law Offices of Alan J. Rich, and the undersigned attorneys of record for defendant, Garfunkel, Wild & Travis, P.C., as follows:

WHEREAS, on November 6, 2002, Limited Letter of Administration were issued to JOSEPHINE LOEFFLER by the Surrogate of Richmond County, State of New York, to prosecute a cause of action on behalf of the estate of ROBERT A. LOEFFLER;

The parties hereby agree to substitute JOSEPHINE LOEFFLER, as Administrator of the Estate of ROBERT A. LOEFFLER, for ROBERT A. LOEFFLER, plaintiff, and that same shall be reflected the caption as follows:

// // // //
// // // //
// // // //
// // // //
// // // //

LAW OFFICES OF
# ALAN J. RICH

250 W 57th STREET
SUITE 1619
NEW YORK, NEW YORK 10107

212/921-2244
FAX 212/921-5554

ALAN J. RICH
BARRE N. HASSETT, Of Counsel

May 18, 2005

Hon. Judge Sterling Johnson
U.S. Courthouse, Eastern Dist. Of New York
225 Cadman Plaza East
Brooklyn, New York 11201
**BY ECF ONLY**

RE: Loeffler et al. v. Staten Island University Hospital
Civil Docket No.: 95 CV 4549

Honorable Judge Johnson,

We represent plaintiffs in the above action. Enclosed please find a stipulation signed by both parties which we request be so ordered. It substitutes plaintiff Robert A. Loeffler (now deceased) with Josephine Loeffler, as Administratrix of the Estate of Robert A. Loeffler, as well as withdraws claims for injunctive relief on Robert A. Loeffler's behalf, though claims for injunctive relief on behalf of the other plaintiffs remain.

I thank the Court for your attention to this matter.

Respectfully submitted,
**LAW OFFICES OF ALAN J. RICH**

/s/
By: Alan J. Rich

cc: Mr. Roy Breitenbach, Esq. by email