UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSEPHINE LOEFFLER, as Administratrix of the Estate of ROBERT A. LOEFFLER, JOSEPHINE LOEFFLER, individually, ROBERT C. LOEFFLER and KRISTY LOEFFLER,

       Plaintiffs,

       -against-

STATEN ISLAND UNIVERSITY HOSPITAL,

       Defendant.

-------------------------------------------------------------------X

NOTICE OF APPEAL

Docket No.: 95 CV 4549 (SJ)

    Notice is hereby given that Plaintiffs, JOSEPHINE LOEFFLER, as Administratrix of the Estate of ROBERT A. LOEFFLER, JOSEPHINE LOEFFLER, individually, ROBERT C. LOEFFLER and KRISTY LOEFFLER, hereby appeal to the United States Court of Appeals for the Second Circuit from a Judgement dismissing the above case (except declining to exercise jurisdiction of a pendant state negligence claim) entered March 7, 2007 (Doc. No. 114), the Memorandum and Order entered March 2, 2007 (Doc. No. 113) granting summary judgment, and the Memorandum and Order entered April 4, 2007 (Doc. No. 117) denying plaintiffs' timely Motion to Alter pursuant to Fed. R. Civ. P. 59.

Dated: Brooklyn, New York
       April 5, 2007

                                                         LAW OFFICES OF ALAN J. RICH, LLC

                                                         /s/
                                                         By: Alan J. Rich, Esq. (AR-4701)
                                                         Attorneys for Plaintiffs
                                                         250 West 57th Street, Suite 1619
                                                        New York, New York 10107
                                                         Tel: 212 921-2244
                                                         ARich@richlaw.US